### 9144.  DOWDELL v. THE STATE.

</div>

BROYLES, P. J.   1.  Under the facts of the case the court did not err in admitting in evidence, over the objections of the defendant, testimony as complained of in the 1st and 2d grounds of the amendment to the motion for a new trial.

2. The venue of the offense was sufficiently proved.   The verdict was amply authorized by the evidence, and the court did not err in overruling the motion for a new trial.

*Judgment affirmed.   Bloodworth, J., concurs.   Harwell, J., disqualified.*

<div align="center">

DECIDED OCTOBER 30, 1917.

</div>

Accusation of misdemeanor; from city court of LaGrange— Judge Harwell. July 31, 1917.

*Arthur Greer*, for plaintiff in error.

*L. L. Meadors, solicitor,* contra.